OPINION — AG — ** OKLAHOMA WATER RESOURCES BOARD — WATER QUALITY ** PURSUANT TO 82 O.S. 926.2 [82-926.2] AND 82 O.S. 926.6 [82-926.6], THE OKLAHOMA WATER RESOURCES BOARD MAY NOT ADOPT A STATEWIDE ANTIDEGRADATION POLICY WHICH ALLOWS FOR LOWER WATER QUALITY OR LIMITED DEGRADATION OF CERTAIN WATERS. (BIOLOGICAL INTEGRITY, POLLUTION, STANDARDS, ENVIRONMENT QUALITY, RECREATION, PUBLIC WATER) CITE:33 U.S.C.A. 1251, 33 U.S.C.A. 1376, 82 O.S. 926.2 [82-926.2], 40 C.F.R. 131.440 C.F.R. 131.12, 40 C.F.R. 131.2 (SARA J. DRAKE)